THE LONG BRANCH COMMISSION, appellant,

*v.*

THE TINTERN MANOR WATER COMPANY, respondent.

[Argued July 13th, 1906.   Decided February 2d, 1907.]

On appeal from a decree of the court of chancery, advised by Vice-Chancellor Pitney, whose opinion is reported in *70 N. J. Eq. (4 Robb.) 71.*

*Mr. Clarence G. Vannote* and *Mr. Robert H. McCarter,* attorney-general, for the appellant.

PER CURIAM.

The decree appealed from in this case is affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Pitney.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, HENDRICKSON, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—12.

*For reversal*—None.